179 So. 925

**SOUTHERN COTTON OIL CO. et al. v. John HOUSTON.**

8 Div. 805.

Supreme Court of Alabama.
Feb. 26, 1938.

London & Yancey, Fred G. Koenig, Sr., and Harry B. Cohen, all of Birmingham, for appellants.

S. A. Lynne, Julian Harris, and Norman W. Harris, all of Decatur, for appellee.

PER CURIAM.

Certificate of affirmance and opinion rendered January 13, 1938, withdrawn. Appeal dismissed by agreement.

176 So. 918

**SOUTHERN COTTON OIL CO. et al. v. RUBY STEWART HOUSTON.**

8 Div. 804.

Supreme Court of Alabama.
Nov. 4, 1937.

London & Yancey and Fred G. Koenig, Sr., all of Birmingham, for appellants.

Norman W. Harris and S. A. Lynne, both of Decatur, for appellee.

PER CURIAM.

Appeal dismissed on motion of appellee.

179 So. 925

**SOUTHERN COTTON OIL CO. et al. v. W. H. STEWART, Adm'r, etc.**

8 Div. 861.

Supreme Court of Alabama.
Feb. 26, 1938.

London & Yancey and Fred G. Koenig, Sr., all of Birmingham, for appellants.

S. A. Lynne and Norman W. Harris, both of Decatur, for appellee.

PER CURIAM.

Appeal dismissed by agreement.

177 So. 916

**STATE ex rel. A. A. CARMICHAEL, Atty. Gen., v. Homer F. MITCHELL, as Probate Judge, Cullman County.**

6 Div. 79.

Supreme Court of Alabama.
Jan. 6, 1938.

A. A. Carmichael, Atty. Gen., Thos. Seay Lawson, Asst. Atty. Gen., and Horace C. Wilkinson, Sp. Asst. Atty. Gen., for the State.

Beddow, Ray & Jones, of Birmingham, and St. John & St. John, of Cullman, for respondent.

PER CURIAM.

Not guilty.

All the Justices concur.

179 So. 925

**Flora Adams THAMES v. Robert THAMES, Jr.**

6 Div. 284.

Supreme Court of Alabama.
March 2, 1938.

Jarrett Abercrombie and H. M. Abercrombie, both of Birmingham, for appellant.

Benners, Burr, McKamy & Forman, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed on motion of appellant.